FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2025 AUG 15 PM 4:47
MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE BRADLEY ISAACSON,

    Defendant.

No. 25-CR-122-ABJ

18 U.S.C. §§ 2261A, (1)(B) and 2261(b)
(Interstate Stalking)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about June 21, 2025, and on or about June 22, 2025, in the District of Wyoming and elsewhere, the Defendant, **JOSE BRADLEY ISAACSON**, traveled in interstate commerce from the State of Utah to the State of Wyoming with the intent to kill, injure, harass, and intimidate another person, and in the course of and as a result of such travel caused substantial emotional distress to T.B., in violation of Title 18, United States Code, Section 2261A.

In violation of 18 U.S.C. §§ 2261A(1)(B) and 2261(b).

**DATED** this 15 day of August, 2025.

    DARIN D. SMITH
    United States Attorney

By: *[signature]*
    KERRY J. JACOBSON
    Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JOSE BRADLEY ISAACSON |
| **DATE:** | August 11, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2261A, (1)(B) and 2261(b)** (Interstate Stalking)<br><br>0-5 Years Imprisonment<br>Up to $250,000 Fine<br>Up to 3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Special Agent Michael C. Hardin, NPS |
| **AUSA:** | Kerry J. Jacobson<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 2 to 4 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |