Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
kerry.jacobson@usdoj.gov



FILED

10:15 am, 8/18/25

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-122-ABJ |
| JOSE BRADLEY ISAACSON, | |
| Defendant. | |

---

### PRAECIPE
---

Will the Clerk please issue a Warrant in the above-entitled matter for Jose Bradley Isaacson.

**DATED** this 15 day of August, 2025.

DARIN D. SMITH
United States Attorney

By: *[signature]* Stephanie Sprecher for
KERRY J. JACOBSON
Assistant United States Attorney

*[signature]*
United States District Court Judge